1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLMOT A TUCKER, | CASE NO. C21-467 MJP |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS |
| v. | |
| INTERNAL REVENUE SERVICE, UNITED STATES OF AMERICA, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Court Order re: Tax Code Non-Existence (Dkt. No. 9), Plaintiff's Motion for Default (Dkt. Nos. 14). Having reviewed the Motions, Defendants' Opposition (Dkt. No. 13), Plaintiff's Reply to the Motion for Default—styled as "Motion for Court Order"—(Dkt. No. 17), and all relevant materials in the record, the Court DENIES the Motions.

Plaintiff's Motions for Court Order re: Tax Code Non-Existence asks the Court to order the Internal Revenue Service to admit that a "direct tax liability code" does not exist. (Dkt. No. 9.) Plaintiff's Motion for Default seeks $999,000,000 in damages because "Defendant has failed

to produce the IRS Liability Tax Code." (Dkt. No. 14 at 1 (emphasis omitted).) None of the relief requested can be properly granted because Plaintiff has not demonstrated proper service of his complaint and summons on Defendants in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. Plaintiff's "Certificate of Service" filed in Docket Entry 10 does not show he effectuated service of the complaint and summons on Defendants. It states only that he mailed a copy of the "Court order regarding discovery and depositions by Judge Theresa L. Fricke," not the complaint and summons. Plaintiff has not shown proper service on the Attorney General for the United States, or any of its agents, in Washington D.C. via registered or certified mail as required by Rule 4(i)(1)(B) or proper service of the Summons or Complaint on the United States Attorney's Office in the Western District of Washington via registered or certified mail as required by Rule 4(i)(A)(ii). As such, Plaintiff's Motions are all premature and the Court DENIES them.

The clerk is ordered to provide copies of this order to all Plaintiff and counsel.

Dated July 8, 2021.

Marsha J. Pechman
United States Senior District Judge